THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ANN MAYHALL, on behalf of her Minor Child, D.M., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01473-JCC<br><br>**STIPULATED SCHEDULING ORDER**<br><br><u>**NOTE ON MOTION CALENDAR**</u>**:**<br>**DECEMBER 6, 2021** |

## **STIPULATION**

On October 29, 2021, Plaintiff Ann Mayhall filed a putative class action Complaint (Dkt. No. 1) against Defendants Amazon Web Services, Inc. and Amazon.com, Inc. (collectively, "Amazon"). The parties, through their respective counsel, stipulate to, and jointly request that the Court approve, the following schedule for Amazon to respond to Plaintiff's Complaint:

1. On or before **January 7, 2022**, Amazon must answer or otherwise respond to the Complaint;

2. If Amazon files a motion to dismiss the Complaint, Plaintiff must respond to the motion or filed an amended complaint on or before **February 16, 2022**; and

3. If Plaintiff responds to the motion, Amazon must file its reply in support of the motion on or before **March 9, 2022**.

Dated: December 6, 2021

Respectfully submitted,

**FENWICK & WEST LLP**

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email:       bbuckley@fenwick.com

*Counsel for Defendants*
AMAZON WEB SERVICES, INC. and
AMAZON.COM, INC.

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Jason T. Dennett*
Jason T. Dennett, WSBA No. 30686
jdennett@tousley.com
Cecily C. Jordan, WSBA No. 50061
cjordan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-4416
Telephone: (206) 682-5600

Kevin P. Green (admitted *pro hac vice*)
kevin@ghalaw.com
**GOLDENBERG HELLER
& ANTOGNOLI, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

Christian G. Montroy (admitted *pro hac vice*)
cmontroy@montroylaw.com
**MONTROY LAW OFFICES LLC**
2416 North Center PO Box 369
Maryville, IL 62062
Telephone:618-223-8200

*Counsel for Plaintiff*

**SO ORDERED** this 7th day of December 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

**FENWICK & WEST LLP**

By: */s/ Brian D. Buckley*
　　Brian D. Buckley, WSBA No. 26423

　　1191 Second Avenue, 10th Floor
　　Seattle, WA  98101
　　Telephone: 206.389.4510
　　Facsimile: 206.389.4511
　　Email: bbuckley@fenwick.com

*Counsel for Defendants*
AMAZON WEB SERVICES, INC.
and AMAZON.COM, INC.