The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN MAYHALL, on behalf of her Minor Child, D.M., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>Defendants. | CASE NO. C21-1473-TL-MLP<br><br>ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER |

This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order. The Court considered the motion and deeming itself otherwise fully advised, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion is granted.  The Court hereby sets this case for a jury trial and orders the following pretrial schedule:

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER - 1
CASE NO. C21-1473-TL-MLP

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

| EVENT | CURRENT DATE | AMENDED DATE[1] |
|---|---|---|
| JURY TRIAL to begin at 9:00 a.m., on: | 1/22/2024 | 8/12/2024 |
| Deadline to Join Additional Parties | 9/16/2022 | 4/6/2023 |
| Deadline to Amend Pleadings | 9/16/2022 | 4/6/2023 |
| Motion for Class Certification | 2/24/2023 | 9/14/2023 |
| Response to Motion for Class Certification | 45 days after filing of motion | 45 days after filing of motion |
| Reply in Support of Motion for Class Certification | 30 days after filing of response | 30 days after filing of response |
| Report of expert witnesses under FRCP 26(a)(2) | 7/10/2023 | 1/31/2024 |
| All motions related to discovery must be filed by this date and noted no later than the third Friday thereafter (*see* LCR7(d)). | 7/10/2023 | 1/31/2024 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 8/14/2023 | 3/6/2024 |
| Discovery to be completed by | 8/14/2023 | 3/6/2024 |
| All dispositive motions and motions to exclude testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 9/18/2023 | 4/8/2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 10/20/2023 | 5/10/2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 11/20/2023 | 6/10/2024 |
| All motions in limine must be filed by | 12/18/2023 | 7/9/2024 |
| Agreed LCR 16.1 Pretrial Order due | 1/2/2024 | 7/23/2024 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due by this date.  Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 1/8/2024 | 7/29/2024 |

---

[1] Due to a scheduling conflict with the Court's trial calendar, the parties' proposed dates have been adjusted by 21 days.

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER - 2
CASE NO. C21-1473-TL-MLP

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

| Pretrial Conference scheduled for 9:30 a.m. on: | 1/16/2024 | 8/6/2024 |

Dated this 15th day of February, 2023.

*signature*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

TOUSLEY BRAIN STEPHENS PLLC
By: *s/ Jason T. Dennett*
By: *s/ Cecily C. Jordan*
Jason T. Dennett, WSBA #30686
Cecily C. Jordan, WSBA #50061
jdennett@tousley.com
cjordan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone:  206.682.5600
Fax: 206.682.2992


Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

Christian G. Montroy
montroy@montroylaw.com
MONTROY LAW OFFICES LLC
2416 North Center
PO Box 369
Maryville, IL 62062
Telephone:618-223-8200

*Attorneys for Plaintiff and the Proposed Class*

---

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER - 3
CASE NO. C21-1473-TL-MLP

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | FENWICK & WEST LLP |
|  | By: */s/ Brian D. Buckely* |
| 2 | Brian D. Buckley, WSBA No. 26423 |
|  | 1191 Second Avenue, 10th Floor |
| 3 | Seattle, WA  98101 |
|  | Telephone: 206.389.4510 |
| 4 | Facsimile: 206.389.4511 |
|  | bbuckley@fenwick.com |
| 5 |  |
|  | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | By: */s/ Elizabeth B. Herrington* |
|  | Elizabeth B. Herrington |
| 7 | 110 North Wacker Drive |
|  | Chicago, IL 60601-5094 |
| 8 | Telephone: (312) 324-1000 |
|  | beth.herrington@morganlewis.com |
| 9 |  |
|  | *Counsel for Defendants* |

ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER - 4
CASE NO. C21-1473-TL-MLP

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992