THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIC MAYHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.: C21-1473-TL-MLP<br><br>**STIPULATED MOTION REGARDING BRIEFING OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>FEBRUARY 28, 2024 |

In accordance with Local Civil Rules 7(d)(1) and 10(g), Plaintiff Dominic Mayhall ("Plaintiff") and Defendants Amazon Web Services, Inc. and Amazon.com, Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, jointly submit the following Stipulated Motion and request the Court enter an Order consistent with this Stipulated Motion:

1. On January 25, 2024, Plaintiff filed a Motion for Leave to File First Amended Complaint (Dkt. No. 64).

2. On February 5, 2024 the Court entered a Joint Stipulated Motion, in which Defendants agreed not to oppose Plaintiff's Motion for Leave, and the Parties agreed to extend the deadline for Plaintiff's expected Motion for Class Certification until 75 days after resolution of Defendants' anticipated Motion to Dismiss.

3. Plaintiff's Amended Complaint was filed on February 16, 2024 (Dkt. No. 72.)

4. Defendants intend to move to dismiss Plaintiff's Amended Complaint. Pursuant to Local Civil Rule 12(a), Defendants' deadline to serve a responsive pleading is March 1, 2024.

5.  The Parties have met and conferred regarding a briefing schedule to accommodate competing deadlines and anticipated travel. The parties request the Court enter a stipulated briefing schedule as follows:

| EVENT | PROPOSED DATE |
|---|---|
| Defendants' Motion to Dismiss the Amended Complaint | March 15, 2024 |
| Plaintiff's Response to Defendants' Motion to Dismiss | April 19, 2024 |
| Defendants' Reply in Support of Motion to Dismiss | May 6, 2024 |

6.  Good cause exists to enter the stipulated briefing schedule in light of the Parties' competing deadlines in other matter and anticipated travel conflicts. The parties have not previously sought any extension in this motion sequence. An extension will not cause undue delay or prejudice to other parties. Because the deadline for Plaintiff's Motion for Class Certification is determined by the resolution of Defendants' Motion to Dismiss, this briefing extension will not require any additional modifications to the current case schedule.

WHEREFORE, the Parties jointly request that the Court modify the Scheduling Order as set forth above and grant such other or further relief as the Court deems just and proper.

DATED this 28th day of February, 2024.

TOUSLEY BRIAN STEPHENS PLLC

By: /s/ Jason T. Dennett
    /s/ Cecily C. Jordan
    Jason T. Dennett, WSBA #30686
    Cecily C. Jordan, WSBA #50061
    jdennett@tousley.com
    cjordan@tousley.com
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington, 98101
    Telephone: 206.682.5600

/s/ Kevin P. Green
Kevin P. Green, *admitted pro hac vice*
kevin@ghalaw.com
GOLDENBERG HELLER &
ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618-656-5150

/s/ Christian G. Montroy
Christian G. Montroy, *admitted pro hac vice*
cmontroy@montroylaw.com
MONTROY LAW OFFICES LLC
2416 North Center
PO Box 369
Maryville, IL 62062
Telephone: 618-223-8200

**Attorneys for Plaintiff and the Proposed Class**

**FENWICK & WEST LLP**

By: /s/ Brian D. Buckley
Brian D. Buckley, WSBA No. 26423

401 Union Street
5th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:   206.389.4511
Email:         bbuckley@fenwick.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Elizabeth Herrington
Elizabeth B. Herrington, IL #6244547
(*pro hac vice*)

110 North Wacker Drive
Chicago, IL 60601-5094
Telephone: (312) 324-1000
E-mail: beth.herrington@morganlewis.com

**Attorneys for Defendants**

**IT IS SO ORDERED.**

Dated this 1st day of March, 2024.

                             MICHELLE L. PETERSON
                             United States Magistrate Judge

Presented by:

TOUSLEY BRIAN STEPHENS PLLC
By: */s Jason T. Dennett*
     *s/ Cecily C. Jordan*
Jason T. Dennett, WSBA #30686
Cecily C. Jordan, WSBA #50061
jdennett@tousley.com
cjordan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington, 98101
Telephone: 206.682.5600

Kevin P. Green
kevin@ghalaw.com
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618-656-5150

Christian G. Montroy
cmontroy@montroylaw.com
MONTROY LAW OFFICES LLC
2416 North Center
PO Box 369
Maryville, IL 62062
Telephone: 618-223-8200

***Attorneys for Plaintiff and the Proposed Class***

FENWICK & WEST LLP
By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
401 Union Street
5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511
Email: bbuckley@fenwick.com

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Elizabeth Herrington*
Elizabeth B. Herrington, IL #6244547
(*pro hac vice* to be filed)
110 North Wacker Drive
Chicago, IL 60601-5094
Telephone: (312) 324-1000
E-mail: beth.herrington@morganlewis.com

***Attorneys for Defendants***