UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN MAYHALL, on behalf of her Minor Child, D.M., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>                    Defendants. | CASE NO. 2:21-cv-01473-TL<br><br>ORDER ON DEFENDANTS' MOTION TO SEAL |

This matter is before the Court on Defendants' Motion for Leave to File Under Seal Unredacted Objections to Report and Recommendation. Dkt. No. 91. Plaintiff did not file a response.

Having reviewed the relevant record, the Court GRANTS IN PART and DENIES IN PART Defendants' motion. The Objections (Dkt. No. 92) are hereby SEALED as to all but ECF page 13, lines 18–19. The fact that Plaintiff's claims are premised on Defendants' purported dissemination of Plaintiff's data to third parties was not information redacted from the Amended

Complaint, nor did the prior Order granting Defendants' motion to seal address this material. *See, e.g.,* Dkt. No. 72 ¶¶ 25, 233, 261; *see also* Dkt. No. 71 (prior Order) at 2–4. Accordingly, Defendants SHALL refile a corrected redacted version of their Objections (Dkt. No. 93) consistent with this Order **by July 3, 2024**.

Dated this 26th day of June 2024.

Tana Lin
United States District Judge