UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN MAYHALL, on behalf of her Minor Child, D.M., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>Defendants. | CASE NO. 2:21-cv-01473-TL<br><br>ORDER ON PLAINTIFF'S MOTION TO SEAL |

This matter is before the Court on Plaintiff's Motion for Leave to File Under Seal Unredacted Response to Defendants' Objections to Report and Recommendation. Dkt. No. 97. Defendants did not file a response.

Having reviewed the relevant record, the Court GRANTS IN PART and DENIES IN PART Plaintiff's motion. The Response to Objections to R&R (Dkt. No. 99) is hereby SEALED as to all but the following material: (1) ECF page 7, lines 4–7 (second bullet point); (2) ECF page 13, line 14 (parenthetical); and (3) ECF page 15, line 18 (item (b) only). The fact that Plaintiff's claims

ORDER ON PLAINTIFF'S MOTION TO SEAL - 1

are premised on Defendants' purported dissemination of Plaintiff's data to third parties was not information redacted from the Amended Complaint, nor did the prior Order granting Defendants' motion to seal address this material. *See, e.g.,* Dkt. No. 72 ¶¶ 25, 233, 261; *see also* Dkt. No. 71 (prior Order) at 2–4.

Accordingly, Plaintiff SHALL file a corrected redacted version of her Response (Dkt. No. 98) consistent with this Order **by August 21, 2024**.

Dated this 19th day of July 2024.

Tana Lin
United States District Judge