UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN MAYHALL, on behalf of her Minor Child, D.M., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>　　　　　　　Defendants. | CASE NO. 2:21-cv-01473-TL<br><br>ORDER ON DEFENDANTS' MOTION TO SEAL |

This matter is before the Court on Defendants' Motion to Seal Portions of May 28, 2024 Hearing Transcript. Dkt. No. 101. Having reviewed the relevant record, the Court finds compelling reasons for the requested redactions and GRANTS the motion.

Accordingly, Defendants SHALL file, **within three (3) days** of this Order, their redacted copy of the transcript (Dkt. No. 101-1). Upon filing, the Clerk SHALL seal the official transcript (Dkt. No. 89).

Dated this 31st day of July 2024.

Tana Lin
United States District Judge

ORDER ON DEFENDANTS' MOTION TO SEAL - 1