The Honorable Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DOMINIC MAYHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01473-TL-MLP<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE PENDING DEADLINES** |

Plaintiff Dominic Mayhall and Defendants Amazon Web Services, Inc. and Amazon.com, Inc. (collectively, the "Parties"), by and through counsel, pursuant to LCR 11(b), give notice that the Parties have reached a settlement in the above-captioned matter. The Parties expect to execute a settlement agreement within the next fourteen (14) days and subsequently file a stipulated dismissal of this action with prejudice within the next fifty (50) days following satisfaction of the terms of the agreement by Defendants. In light of the foregoing, the Parties stipulate and respectfully request that all pending deadlines be vacated.

NOTICE OF SETTLEMENT AND STIPULATION
TO VACATE PENDING DEADLINES            - 1 -
CASE NO.: 2:21-CV-01473-TL-MPL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 14th day of January, 2025.

| | |
|---|---|
| **TOUSLEY BRIAN STEPHENS PLLC** | **FENWICK & WEST LLP** |
| By: */s/ Jason T. Dennett*<br>*/s/ Cecily C. Jordan*<br>Jason T. Dennett, WSBA #30686<br>Cecily C. Jordan, WSBA #50061<br>jdennett@tousley.com<br>cjordan@tousley.com<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington, 98101<br>Telephone: 206.682.5600 | By: */s/ Brian D. Buckley*<br>Brian D. Buckley, WSBA No. 26423<br>401 Union Street<br>5th Floor<br>Seattle, WA 98101<br>Telephone:     206.389.4510<br>Facsimile:206.389.4511<br>bbuckley@fenwick.com |
| */s/ Kevin P. Green*<br>Kevin P. Green, *admitted pro hac vice*<br>kevin@ghalaw.com<br>**GOLDENBERG HELLER & ANTOGNOLI, P.C.**<br>2227 South State Route 157<br>Edwardsville, IL 62025<br>Telephone: 618-656-5150 | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: */s/ Elizabeth B. Herrington*<br>Elizabeth B. Herrington, IL #6244547<br>(*pro hac vice*)<br>110 North Wacker Drive<br>Chicago, IL 60601-5094<br>Telephone: (312) 324-1000<br>beth.herrington@morganlewis.com |
| */s/ Christian G. Montroy*<br>Christian G. Montroy, *admitted pro hac vice*<br>cmontroy@montroylaw.com<br>**MONTROY LAW OFFICES LLC**<br>2416 North Center<br>PO Box 369<br>Maryville, IL 62062<br>Telephone: 618-223-8200<br><br>***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |

NOTICE OF SETTLEMENT AND STIPULATION TO VACATE PENDING DEADLINES
CASE NO.: 2:21-CV-01473-TL-MPL
- 2 -
TOUSLEY BRIAN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992