The Honorable Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DOMINIC MAYHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01473-TL-MLP<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Dominic Mayhall and Defendants Amazon Web Services, Inc. and Amazon.com, Inc. (collectively, the "Parties"), by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate as follows:

1. The Parties have reached a confidential settlement agreement.

2. Pursuant to the settlement agreement, the Parties hereby stipulate and agree to the dismissal with prejudice of the individual Plaintiff's claims.

3. Except as mutually agreed by the Parties, the Parties will each bear their own fees and costs.

DATED this 19th day of February, 2025.

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO.: 2:21-CV-01473-TL-MPL

- 1 -

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| **TOUSLEY BRIAN STEPHENS PLLC** | **FENWICK & WEST LLP** |
| By: */s/ Jason T. Dennett* <br> */s/ Cecily C. Jordan* <br> Jason T. Dennett, WSBA #30686 <br> Cecily C. Jordan, WSBA #50061 <br> jdennett@tousley.com <br> cjordan@tousley.com <br> 1200 Fifth Avenue, Suite 1700 <br> Seattle, Washington, 98101 <br> Telephone: 206.682.5600 | By: */s/ Brian D. Buckley* <br> Brian D. Buckley, WSBA No. 26423 <br> 401 Union Street <br> 5th Floor <br> Seattle, WA 98101 <br> Telephone:  206.389.4510 <br> Facsimile: 206.389.4511 <br> bbuckley@fenwick.com |
| */s/ Kevin P. Green* <br> Kevin P. Green, *admitted pro hac vice* <br> kevin@ghalaw.com <br> **GOLDENBERG HELLER & ANTOGNOLI, P.C.** <br> 2227 South State Route 157 <br> Edwardsville, IL 62025 <br> Telephone: 618-656-5150 | **MORGAN, LEWIS & BOCKIUS LLP** <br><br> By: */s/ Elizabeth B. Herrington* <br> Elizabeth B. Herrington, IL #6244547 <br> (*pro hac vice*) <br> 110 North Wacker Drive <br> Chicago, IL 60601-5094 <br> Telephone: (312) 324-1000 <br> beth.herrington@morganlewis.com |
| */s/ Christian G. Montroy* <br> Christian G. Montroy, *admitted pro hac vice* <br> cmontroy@montroylaw.com <br> **MONTROY LAW OFFICES LLC** <br> 2416 North Center <br> PO Box 369 <br> Maryville, IL 62062 <br> Telephone: 618-223-8200 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:21-CV-01473-TL-MPL

- 2 -

**TOUSLEY BRIAN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992